| | |
|---|---|
| 1 | JAMES M. DOWD (SBN: 259578) |
|   | james.dowd@wilmerhale.com |
| 2 | BILL WARD (SBN: 246472) |
|   | bill.ward@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | 350 South Grand Avenue, Suite 2100 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-5300 |
| 5 | Facsimile: (213) 443-5400 |
| 6 | ROBERT J. GUNTHER, JR. (*pro hac vice* to be filed) |
|   | robert.gunther@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | 399 Park Avenue |
| 8 | New York, NY 10022 |
|   | Telephone: (212) 230-8800 |
| 9 | Facsimile: (212) 230-8888 |
| 10 | Attorneys for Defendant |
|    | ROCHE MOLECULAR SYSTEMS, INC. |

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ONE LAMBDA, INC., a California corporation, | ) | Case No. CV 11 00754 RSWL (FFMx) |
| Plaintiff, | ) | [PROPOSED] ORDER RE TIME TO RESPOND TO INITIAL COMPLAINT |
| v. | ) | The Hon. Ronald S.W. Lew |
| ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation | ) | Complaint Served: January 27, 2011 |
| Defendant. | ) | Current response date: Feb. 17, 2011 |
|  | ) | New response date: March 18, 2011 |

(Sidebar: Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071)

---

[PROPOSED] ORDER RE TIME TO RESPOND TO INITIAL COMPLAINT             CV 11-00754-RSWL-FFM

IT IS HEREBY ORDERED that:

Defendant shall answer or otherwise respond to the complaint filed by Plaintiffs on January 25, 2011 in the above-captioned action (the "Complaint") by March 18, 2011.

IT IS SO ORDERED.

Dated: February 17, 2011

RONALD S.W. LEW

_____
Honorable Ronald S.W. Lew
United States District Judge