Name and address:
James M. Dowd (SBN: 259578)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Ave Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Facsimile: (213) 443-5400

*Lodged Order*

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ONE LAMBDA, INC.,

Plaintiff(s)

v.

ROCHE MOLECULAR SYSTEMS, INC.,

Defendant(s).

CASE NUMBER

CV 11 00754 RSWL (FFMx)

**APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I,  Robert J. Gunther, Jr. _____ , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant:
Roche Molecular Systems _____ by whom I have been retained.

My business information is:
Wilmer Cutler Pickering Hale and Dorr LLP
_____
*Firm Name*

399 Park Avenue _____
*Street Address*

New York, NY 10022 _____
*City, State, Zip*

Robert.Gunther@wilmerhale.com
*E-Mail Address*

212-230-8830 _____
*Telephone Number*

212-230-8888 _____
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Please see attached. | |
| | |
| | |
| | |

PAID
MAR 3 2011
Clerk, US District Court
COURT 4612

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  James M. Dowd _____ as local counsel, whose business information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP _____
*Firm Name*

350 South Grand Avenue, Suite 2100 _____
*Street Address*

Los Angeles, CA  90071 _____     James.Dowd@wilmerhale.com _____
*City, State, Zip*                                             *E-Mail Address*

(213) 443 5309 _____     (213) 443-5400 _____
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated    March 1, 2011 _____          Robert J. Gunther, Jr. _____
                                                                          *Applicant's Name (please print)*

                                                                          *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated    3/2/11 _____          James M. Dowd _____
                                                                *Designee's Name (please print)*

                                                                *Designee's Signature*

                                                                259578 _____
                                                                *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

Robert J. Gunther, Jr. is a member in good standing and eligible to practice before the following Courts:

| Title of Court | Date Admitted |
|---|---|
| Southern District of New York | 8/6/85 |
| Eastern District of New York | 10/18/85 |
| Western District of New York | 9/9/97 |
| U.S. Court of Appeals/Federal Circuit | 12/2/94 |
| U.S. Court of Appeals/Ninth Circuit | 11/10/92 |
| U.S. Court of Appeals/Tenth Circuit | 8/21/95 |
| U.S. District Court/Northern District of California | 11/17/92 |
| U.S. District Court/Eastern District of Michigan | 4/30/03 |
| U.S. District Court/District of Colorado | 3/11/99 |
| U.S. District Court/Northern District of Illinois | 8/26/05 |
| U.S. Court of Appeals/Second Circuit | 2/17/09 |
| U.S. District Court/Western District of Michigan | 3/15/10 |



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

---

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Robert J. Gunther, Jr.** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27th** day of **February 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **February 28, 2011.**

Matthew G. Kiernan

_Clerk of the Court_

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action.  I am a citizen of the United States and a resident of the State of California.  I am employed in the County of Los Angeles, State of California by Wilmer Cutler Pickering Hale & Dorr LLP.  My business address is 350 S. Grand Avenue, #2100, Los Angeles, CA 90071.

On March 2, 2011, I served the foregoing document(s):

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

☒      (BY FIRST CLASS MAIL)  I caused the foregoing document to be served by First Class Mail on the following:

STEVEN M. HANLE
shanle@sheppardmullin.com
JENNIFER A. TRUSSO
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA  92626
Telephone:  (714) 513-5100
Fax:  (714) 513-5130

Executed on March 2, 2011, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Petra Gonzalez

PROOF OF SERVICE                                    Case No. CV-11-0754 RSWL (FFMx)