JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 S. Grand Avenue, #2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAR 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ONE LAMBDA, INC., a California corporation,

    Plaintiff(s)

v.

ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,

    Defendant(s).

CASE NUMBER:

CV 11 00754 RSWL (FFMx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Robert J. Gunther, Jr.__ , of __Wilmer Cutler Pickering Hale and Dorr, 300 Park Ave., New York, NY 10022__
    *Applicant's Name*                                                 *Firm Name / Address*

__(212) 230-8800__                                              __robert.gunther@wilmerhale.com__
    *Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person _____

and the designation of __James M. Dowd/(SBN 259578)__
                                *Local Counsel Designee /State Bar Number*

of __Wilmer Cutler Pickering Hale and Dorr, 350 S. Grand Avenue, #2100, Los Angeles, CA 90071__
                                *Local Counsel Firm / Address*

__(213) 443-5300__                                               __james.dowd@wilmerhale.com__
    *Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☑ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __3-4-11__

**RONALD S.W. LEW**
_____
U. S. District Judge/~~U. S. Magistrate Judge~~

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | I am over the age of 18 and not a party to the within action. I am a citizen |
| 3   | of the United States and a resident of the State of California. I am employed in the |
| 4   | County of Los Angeles, State of California by Wilmer Cutler Pickering Hale & |
| 5   | Dorr LLP. My business address is 350 S. Grand Avenue, #2100, Los Angeles, CA |
| 6   | 90071. |
| 7   | On March 2, 2011, I served the foregoing document(s): |
| 8   | **ORDER ON APPLICATION OF NON-RESIDENT** |
| 9   | **ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| 10  | ☒ (BY FIRST CLASS MAIL) I caused the foregoing document to be |
| 11  | served by First Class Mail on the following: |
| 12  | STEVEN M. HANLE |
| 13  | shanle@sheppardmullin.com<br>JENNIFER A. TRUSSO |
| 14  | jtrusso@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 15  | 650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626 |
| 16  | Telephone: (714) 513-5100<br>Fax: (714) 513-5130 |
| 17  | Executed on March 2, 2011, at Los Angeles, California. |
| 18  | I declare under penalty of perjury under the laws of the United States of |
| 19  | America that the foregoing is true and correct. |
| 20  |     |
| 21  | _____<br>Petra Gonzalez |

PROOF OF SERVICE                                          Case No. CV-11-0754 RSWL (FFMx)