1  JAMES M. DOWD (SBN: 259578)
   james.dowd@wilmerhale.com
2  BILL WARD (SBN: 246472)
   bill.ward@wilmerhale.com
3  DEREK A. GOSMA (SBN: 274515)
   derek.gosma@wilmerhale.com
4  WILMER CUTLER PICKERING HALE AND DORR LLP
   350 South Grand Avenue, Suite 2100
5  Los Angeles, CA 90071
   Telephone: (213) 443-5300
6  Facsimile: (213) 443-5400

7  ROBERT J. GUNTHER, JR. (admitted *pro hac vice*)
   robert.gunther@wilmerhale.com
8  WILMER CUTLER PICKERING HALE AND DORR LLP
   399 Park Avenue
9  New York, NY 10022
   Telephone: (212) 230-8800
10 Facsimile: (212) 230-8888

11 Attorneys for Defendant
   ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation <br><br> Defendant. | Case No. CV 11 00754 RSWL (FFMx) <br><br> **NOTICE OF APPEARANCE** <br><br> The Hon. Ronald S.W. Lew |

PLEASE TAKE NOTICE that DEREK A. GOSMA of WILMER CUTLER PICKERING HALE and DORR LLP hereby enters his appearance as an attorney of record for defendant Roche Molecular Systems, Inc. in the above-referenced action.

Dated:  March 17, 2011

By: /s/ Derek A. Gosma
Derek A. Gosma
WILMER CUTLER PICKERING HALE AND DORR
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

- 2 -
NOTICE OF APPEARANCE   CV 11-00754-RSWL-FFM