# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

_____     _____
Date                              Attorney Name

                                  _____
                                  Party Represented

Note: File one Notice in each case, each time you manually file document(s).

**List of manually filed documents:**

(1)     Roche Molecular Systems Inc.'s Memorandum in Support of Its Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings;

(2)     Proposed Order regarding Roche Molecular Systems, Inc.'s Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings

(3)     Declaration of James M. Dowd in Support of Roche Molecular Systems Inc.'s Motion to Dismiss the Complaint Or, In The Alternative, Stay The Proceedings; Exhibits;

(4)     Declaration of Balz Gross in Support of Roche Molecular Systems Inc.'s Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings; Exhibit A;

(5)     Roche Molecular Systems Inc.'s Application to File Under Seal Pursuant to Local Rule 79-5.1;

(6)     Proposed Order regarding Roche Molecular Systems Inc.'s Application to File Under Seal Pursuant to Local Rule 79-5.1.

(7)     Proof of Service