JAMES M. DOWD (SBN: 259578)
james.dowd@wilmerhale.com
BILL WARD (SBN: 246472)
bill.ward@wilmerhale.com
DEREK A. GOSMA (SGN: 274515)
derek.gosma@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ROBERT J. GUNTHER, JR. (admitted *pro hac vice*)
robert.gunther@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation<br><br>　　　　　Defendant. | Case No. CV 11 00754 RSWL (FFMx)<br><br>**NOTICE OF INTERESTED PARTIES BY DEFENDANT ROCHE MOLECULAR SYSTEMS, INC.**<br><br>**[Local Rule 7.1-1]**<br><br>The Hon. Ronald S.W. Lew |

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District Local Rule 7.1-1, the undersigned, counsel of record for defendant Roche Molecular Systems, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Roche Holding, Ltd
2. F. Hoffmann-La Roche, Ltd
3. Roche Holdings, Inc.
4. Hoffmann-La Roche, Inc.
5. Roche Molecular Systems, Inc.
6. Novartis AG, a publicly-held company, owns more than 10% of the voting shares of Roche Holding Ltd. Novartis AG has no representation on Roche Holding Ltd's board of directors and does not in any way control Roche Holding Ltd or any of its subsidiaries.

DATED: March 18, 2011

    /s/ James M. Dowd
James M. Dowd
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400