JAMES M. DOWD (SBN: 259578)
james.dowd@wilmerhale.com
BILL WARD (SBN: 246472)
bill.ward@wilmerhale.com
DEREK A. GOSMA (SBN: 274515)
derek.gosma@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ROBERT J. GUNTHER, JR. (admitted *pro hac vice*)
robert.gunther@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation<br><br>Defendant. | Case No. CV 11 00754 RSWL (FFMx)<br><br>**DECLARATION OF JAMES M. DOWD IN SUPPORT OF DEFENDANT ROCHE MOLECULAR SYSTEMS INC.'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS; EXHIBITS**<br><br>**PUBLIC REDACTED VERSION**<br><br>Hearing Date: April 19, 2011<br><br>The Hon. Ronald S.W. Lew |

DECLARATION OF JAMES M. DOWD IN SUPPORT OF ROCHE'S MOTION
TO DISMISS THE COMPLAINT OR STAY THE PROCEEDINGS    CV 11-00754-RSWL-FFM

I, James M. Dowd, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Roche Molecular Systems ("Roche Molecular") in the above-captioned action. I represent Roche Molecular in this action before the Court. I submit this declaration in support of Defendant Roche Molecular Systems, Inc.'s Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings, filed on March 18, 2011. I have personal knowledge of the facts set forth herein, unless otherwise stated, and, if called upon to testify as a witness, I could and would competently testify thereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮.

3. Attached hereto as **Exhibit B** is a true and correct copy of plaintiff's company profile, which was obtained from www.onelambda.com.

4. Attached hereto as **Exhibit C** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮.

5. Attached hereto as **Exhibit D** is a true and correct copy of United States Patent number 5,110,920.

6. Attached hereto as **Exhibit E** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮.

| | |
|---|---|
| 1 | 7. Attached hereto as **Exhibit F** is a true and correct copy of ▮▮▮ |
| 2 | ▮▮▮ |
| 3 | ▮▮▮ |
| 4 | ▮▮▮ |
| 5 | 8. Attached hereto as **Exhibit G** is a true and correct copy of ▮▮▮ |
| 6 | ▮▮▮ |
| 7 | ▮▮▮ |
| 8 | ▮▮▮ |
| 9 | 9. Attached hereto as **Exhibit H** is a true and correct copy of ▮▮▮ |
| 10 | ▮▮▮ |
| 11 | ▮▮▮ |
| 12 | 10. Attached hereto as **Exhibit I** is a true and correct copy of ▮▮▮ |
| 13 | ▮▮▮ |
| 14 | ▮▮▮ |
| 15 | 11. Attached hereto as **Exhibit J** is a true and correct copy of ▮▮▮ |
| 16 | ▮▮▮ |
| 17 | ▮▮▮ |
| 18 | I declare under penalty of perjury under the laws of the United States of |
| 19 | America that the foregoing is true and correct. |
| 20 | |
| 21 | By:   /s/ James M. Dowd |
| 22 |        James M. Dowd |

- 2 -
DECLARATION OF JAMES M. DOWD IN SUPPORT OF ROCHE'S MOTION TO DISMISS THE COMPLAINT AND/OR STAY THE PROCEEDINGS    CV 11-00754-RSWL-FFM

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071