Case 2:11-cv-00754-RSWL-FFM   Document 20-2   Filed 03/18/11   Page 1 of 2   Page ID #:52







## Company Profile

### One Lambda at a Glance
One Lambda develops and distributes several lines of histocompatibility (HLA) typing tests utilizing both serological and molecular technologies. One Lambda also manufactures a comprehensive line of antibody detection products, laboratory instrumentation, and computer software that are used to simplify and automate testing procedures and final test evaluations.

- Incorporated January 27, 1984
- Received first product order April 1, 1984
- Based in Canoga Park, California, USA
- 260 employees servicing more than 1,400 laboratories worldwide

### A Brief History
In the early days of histocompatibility, the United States government offered grants that provided research laboratories with typing reagents for HLA studies. UCLA professor Paul Terasaki utilized this funding to develop a tissue typing tray that consistently and accurately assigned HLA antigens. Terasaki trays quickly became an important tool in the HLA laboratory, and UCLA began making them available through the government grants. The distribution of this standardized tissue typing tray helped advance the early identification of HLA antigens and ensured that the relationship between HLA and transplantation would be further examined.

Research continued to reveal additional information, but advancement was challenged when the government stopped funding HLA studies in 1972. Rather than discontinue efforts, laboratories agreed to purchase the trays directly from UCLA, the only supplier of tissue typing trays in the world.

### One Lambda is Born
The market for tissue typing trays grew in 1980 when the FDA deregulated HLA typing reagents and allowed commercial organizations to produce similar typing trays. During this same period, UCLA decided to discontinue the distribution of tissue typing trays.

Determined to continue the progression of HLA, Dr. Terasaki sought permission from the University to begin producing trays outside of the academic setting. During the latter months of 1983, UCLA agreed to Terasaki's proposal, and the company became a reality. One Lambda was incorporated on January 27, 1984.

### Expanding Horizons
Successful beginnings opened doors for One Lambda on the HLA scene, but the continued development of products, education and technology through the 1980s solidified the company as one of the premiere in the field. Within a few short years, the small start up had earned a big reputation for quality products and service.

Expansion into the international world of histocompatibility happened almost overnight. In May of 1984, two distributors supplied One Lambda products outside the United States. By the end of 1985, thirteen distributors were working with customers in regions from Australia to Saudi Arabia and across Europe.

### Histocompatibility 101
One Lambda's dedication to customer service entered the classroom in January, 1986, with the first HLA Technical Workshop. The meeting used hands-on study to present and train professionals on the latest in tissue typing technology. One Lambda has hosted HLA Technical Workshops every year since then and has expanded education to include wet workshops in-house and across the HLA community worldwide.

### The Age of the Monoclonal
In 1993, One Lambda introduced the monoclonal tissue typing tray. The first of its kind, the Lambda Monoclonal Tray™ featured monoclonal antibodies pre-dotted with rabbit complement, thus eliminating a step in the microcytotoxicity test. The tray reduced assay time from 180 minutes to 60 minutes and demonstrated the product innovation of which One Lambda was capable.

### Follow Our Lead
As DNA shaped the future of the field, One Lambda continued to progress with the introduction of Micro SSP™. Using a specialized series of sequence specific primers, Micro SSP™ was designed to provide detailed allelic typing. The technology provided clearer results when compared to serological testing, reducing repeat testing and ambiguous typings.

### Quality Accolades
One Lambda was awarded International Organization for Standardization (ISO) 9001 and ISO EN 13485 status in 2001; both of which were renewed in 2002 and 2003. The renewal recognizes One Lambda as an organization that consistently meets the goals and measures set forth by ISO and reflects our employees' commitment to quality.

This commitment was further recognized when One Lambda achieved compliance with the IVDD (In Vitro Diagnostic Directive) in 2003, thus allowing our products to be CE Marked. CE Marking is the official confirmation awarded to products that comply with the IVDD health, safety and environmental protection codes set forth by the European Union (EU).

### The Future
One Lambda views the future as an opportunity to apply the traditions of quality and innovation to rapidly advancing technology. With a core market firmly established, One Lambda is looking beyond the familiar, researching ways to touch not only histocompatibility, but all of transplantation.

Copyright © 2010-2011 One Lambda, Inc. All rights reserved. | Contact Webmaster
Page Last Modified: 03/10/2011 02:31:44 AM ET

Employment | Contact Us