1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626
   Telephone:  714.513.5100
6  Fax:  714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

| 13 | ONE LAMBDA, INC., a California corporation, | Case No. CV 11-00754-RWSL-FFM |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| 16 | v. | |
| 17 | ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation, | Old Hearing Date:  April 19, 2011<br>New Hearing Date:  April 26, 2011 |
| 18 | Defendant. | |

    The parties hereby stipulate that, at the request of Plaintiff One Lambda, Inc. ("OLI") and subject to Court approval, the hearing on Defendant's Motion to Dismiss the Complaint (Dkt. No. 24) be continued from April 19, 2011 to April 26, 2011.  A proposed order is submitted herewith.

| | |
|---|---|
| 1  Dated: March 24, 2011 | |
| 2 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | |
| 4 | By     /s/Steven M. Hanle |
| 5 | Steven M. Hanle<br>Jennifer A. Trusso<br>Attorneys for Plaintiff |
| 6 | ONE LAMBDA, INC. |
| 7  Dated: March 24, 2011 | |
| 8 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 9 | |
| 10 | |
| 11 | By     /s/James M. Dowd |
| 12 | James M. Dowd<br>Attorneys for Defendant<br>ROCHE MOLECULAR SYSTEMS, INC. |