STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
JENNIFER A. TRUSSO, Cal. Bar No. 198579
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Fax:  714.513.5130

Attorneys for Plaintiff
ONE LAMBDA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>           Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Old Hearing Date:  April 19, 2011<br>New Hearing Date:  April 26, 2011 |

Pursuant to the parties' stipulation filed herewith, the hearing on Defendant's Motion to Dismiss the Complaint (Dkt. No. 24) is hereby continued from April 19, 2011 to April 26, 2011, 10 am.

IT IS SO ORDERED

Dated:03-25-2011_____     By     _____
                                    RONALD S.W. LEW
                                    Hon. Ronald S.W. Lew
                                    Senior, U.S. District Court Judge