1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626
   Telephone:  714.513.5100
6  Fax:  714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13 | ONE LAMBDA, INC., a California corporation, | Case No. CV 11-00754-RWSL-FFM
14 |                                             |
15 |                 Plaintiff,                  | **PROOF OF SERVICE**
   |                                             |
16 |        v.                                   | Hearing Date:  April 26, 2011
   |                                             |
17 | ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation, | The Hon. Ronald S.W. Lew
18 |                                             |
   |                 Defendant.                  |

19

20

21         I am over the age of 18 and not a party to the within action.  I am a

22 citizen of the United States and a resident of the State of California.  I am employed

23 in the County of Orange, State of California by Sheppard Mullin Richter & Hampton

24 LLP.  My business address is 650 Town Center Drive, Fourth Floor, Costa Mesa, CA

25 92626.

26

27

28

W02-WEST:NTC\403414309.1                                              PROOF OF SERVICE

1     I certify that on April 5, 2011, I served the following documents:

2         1.    One Lambda, Inc.'s Unopposed Application to File Under Seal

3  Pursuant to Local Rule 79-5.1;

4         2.    [Proposed] Order Granting One Lambda's Application to File

5  Under Seal Pursuant to Local Rule 79-5.1;

6         3.    One Lambda, Inc.'s Opposition to Defendant's Motion to Dismiss;

7         4.    Declaration of Steven M. Hanle in Support of Plaintiff's

8  Opposition to Defendant's Motion to Dismiss;

9         5.    Declaration of Michel Haymann in Support of Plaintiff's

10  Opposition to Defendant's Motion to Dismiss.

11  By transmitting via electronic mail and U.S. mail the documents listed above to the

12  addresses set forth below:

13  James M Dowd
Derek A Gosma
14  Donald William Ward
WILMER CUTLER PICKERING HALE & DORR LLP
15  350 South Grand Avenue Suite 2100
Los Angeles, CA 90071
16  Email: james.dowd@wilmerhale.com
Email: derek.gosma@wilmerhale.com
17  Email: bill.ward@wilmerhale.com

18  Robert J Gunther , Jr
WILMER CUTLER PICKERING HALE & DORR LLP
19  399 Park Avenue
New York, NY 10022
20  Email: Robert.Gunther@wilmerhale.com

21     I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing is true and correct.

23     Executed on April 5, 2011, Costa Mesa, California.

24         By:    /s/ Terry Contreras

25         Terry Contreras

26

27

28