ORIGINAL

BY FAX
lodged proposed order

2011 APR -5 PM 3:58
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626
   Telephone:  714.513.5100
6  Fax:  714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13  ONE LAMBDA, INC., a California           Case No. CV 11-00754-RWSL-FFM
    corporation,
14                                           **ONE LAMBDA, INC.'S**
                       Plaintiff,            **UNOPPOSED APPLICATION TO**
15                                           **FILE UNDER SEAL PURSUANT**
          v.                                 **TO LOCAL RULE 79-5.1**
16
    ROCHE MOLECULAR SYSTEMS,                 Hearing Date:  April 26, 2011
17  INC., a Delaware corporation,
                                             The Hon. Ronald S.W. Lew
18                     Defendant.

19

20

21

22

23

24

25

26

27

28

W02-WEST:NTC\403411587.1                -1-

ONE LAMBDA, INC.'S APPLICATION TO FILE UNDER SEAL

1      Pursuant to Local Rule 79-5.1, Plaintiff One Lambda, Inc. ("One

2 Lambda") hereby respectfully applies for this Court's approval to file under seal the

3 following documents.

4

5      1.    ONE LAMBDA, INC.'S OPPOSITION TO DEFENDANT'S

6 MOTION TO DISMISS;

7      2.    DECLARATION OF STEVEN M. HANLE IN SUPPORT OF

8 PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;

9

10      3.    DECLARATION OF MICHEL HAYMANN IN SUPPORT OF

11 PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;

12      Each of the documents listed above contains or references confidential

13 business information of One Lambda, non-party F. Hoffmann-La Roche, Ltd, and/or

14 defendant Roche Molecular Systems, Inc.  Section 8 of the 2006 Product Agreement

15 ("License Agreement") between the parties expressly provides that all "financial,

16 legal, or business information or any technical information disclosed . . . in

17 connection with [the] agreement shall be considered confidential and proprietary."

18 (Declaration of James M. Dowd in Support of Defendant Roche Molecular Systems,

19 Inc.'s Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings,

20 Ex. A at §8.1.)  One Lambda's opposition to the motion and the above-referenced

21 declarations contain and/or reference the confidential terms of the Agreement and the

22 arbitration proceedings which are confidential pursuant to the terms of the

23 Agreement.  The above-referenced exhibits reveal sensitive commercial information

24 relating to the parties' business practices, negotiating tactics, and competitive

25 positions.  Accordingly, One Lambda respectfully requests that this Court approve its

26 filing of the aforementioned documents under seal.

27

28

1    On April 5, 2011, the undersigned contacted counsel of record for

2 defendant regarding this application, and such counsel agreed that the documents

3 referenced herein should be filed under seal.

4
     The sealed documents are filed concurrently herewith according to the
5
   procedures set forth in Local Rule 79-5.1.
6

7
   Dated:  April 5, 2011
8

9                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

10

11                          By    _____
                                        Steven M. Hanle
12                                      Jennifer A. Trusso
                                        Attorneys for Plaintiff
13                                      ONE LAMBDA, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28