1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626
   Telephone: 714.513.5100
6  Fax: 714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12

13 ONE LAMBDA, INC., a California       Case No. CV 11-00754-RWSL-FFM
   corporation,
14
                 Plaintiff,              [PROPOSED] ORDER
15                                       GRANTING ONE LAMBDA'S
         v.                              APPLICATION TO FILE UNDER
16                                       SEAL PURSUANT TO LOCAL
   ROCHE MOLECULAR SYSTEMS,              RULE 79-5.1
17 INC., a Delaware corporation,

18               Defendant.
                                         The Hon. Ronald S.W. Lew
19

20

---

-1-

W02-WEST:NTC\403411547.1                                    [PROPOSED] ORDER

1  Upon consideration of plaintiff One Lambda, Inc.'s Application to File
2  Under Seal and good cause appearing therefor,

3  IT IS HEREBY ORDERED that:
4

5  One Lambda, Inc.'s Application to Seal is GRANTED as to the
6  following documents:

7
   1.   ONE LAMBDA, INC.'S OPPOSITION TO DEFENDANT'S
8  MOTION TO DISMISS;
9

10   2.   DECLARATION OF STEVEN M. HANLE IN SUPPORT OF
11  PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;

12
   3.   DECLARATION OF MICHEL HAYMANN IN SUPPORT OF
13  PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS.
14

15

16  IT IS SO ORDERED
17  Dated April 8, 2011            *Ronald S W Lew*
18                         By  _____
                                   Hon. Ronald S.W. Lew
19                                 United States District Judge
20
21
22
23
24
25
26
27
28