# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_____     _____
Date                                             Attorney Name

                                                 _____
                                                 Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                       **NOTICE OF MANUAL FILING**

**List of Manually Filed Documents:**

1. Reply Memorandum in Support of Roche Molecular Systems Inc.'s Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings;

2. Supplemental Declaration of Balz Gross in Support of Roche Molecular Systems Inc.'s Reply Memorandum In Support of Its Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings;

3. Defendant Roche Molecular Systems Inc.'s Application to File Under Seal Pursuant to Local Rule 79-5.1;