Pursuant to Defendant's pending application to file under seal pursuant to Local Rule 79-5.1, a physical copy of the following document has been lodged with the Court. This electronic document is intended only to serve as a document placeholder in the Court's Electronic Court Filing (ECF) System:

REPLY MEMORANDUM IN SUPPORT OF ROCHE MOLECULAR SYSTEMS INC.'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS