JAMES M. DOWD (SBN: 259578)
james.dowd@wilmerhale.com
BILL WARD (SBN: 246472)
bill.ward@wilmerhale.com
DEREK A. GOSMA (SBN: 274515)
derek.gosma@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

ROBERT J. GUNTHER, JR. (admitted *pro hac vice*)
robert.gunther@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Attorneys for Defendant
ROCHE MOLECULAR SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation<br><br>Defendant. | Case No. CV 11 00754 RSWL (FFMx)<br><br>**PROOF OF SERVICE**<br><br>Judge:   Hon. Ronald S.W. Lew<br>Hearing Date: April 26, 2011<br>Time: 10:00 AM<br>Ctrm: 21 |

PROOF OF SERVICE

CV 11-00754-RSWL-FFM

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California by Wilmer Cutler Pickering Hale & Dorr LLP. My business address is 350 S. Grand Avenue, #2100, Los Angeles, CA 90071.

I certify that on April 12, 2011, I served the following documents:

1. Roche Molecular Systems, Inc.'s Reply Memorandum in Support of Its Motion to Dismiss the Complaint or, in the Alternative, Dismiss the Proceedings;

2. Roche Molecular Systems, Inc.'s Application to File Under Seal Pursuant to Local Rule 79-5.1;

3. [Proposed] Order Granting Roche Molecular Systems Inc.'s Application to File Under Seal Pursuant to Local Rule 79-5.1; and

4. Supplemental Declaration of Dr. Balz Gross in Support of Defendant Roche Molecular Systems Inc.'s Reply Memorandum in Support of Its Motion to Dismiss the Complaint Or, In The Alternative, Stay the Proceedings; Exhibits

5. Supplemental Declaration of Dr. Balz Gross in Support of Defendant Roche Molecular Systems Inc.'s Reply Memorandum in Support of Its Motion to Dismiss the Complaint Or, In The Alternative, Stay the Proceedings; Exhibits (Redacted Version)

6. Notice of Manual Filing

By transmitting via electronic mail the documents listed above to the addresses set forth below:

-1-

Steven M. Hanle
Jennifer A. Trusso
SHEPPARD MULLIN RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
E-mail: shanle@sheppardmullin.com
E-mail: jtrusso@sheppardmullin.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 12, 2011, Los Angeles, California

By: _____
Derek A. Gosma