UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-754-RSWL | Date | April 25, 2011 |
|---|---|---|---|
| Title | One Lambda, Inc. v. Roche Molecular Systems, Inc. | | |

| Present: The Honorable | Ronald S.W. Lew, Senior United States District Judge |
|---|---|

| Kelly Davis | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

On the Court's own motion, Defendants Roche Molecular Systems, Inc's Motion to Dismiss the Complaint or, in the alternative, Stay the Proceedings (filed 03-21-11)**[24]** set for April 26, 2011, is continued to **MAY 10, 2011, at 10:00 a.m.**

Counsel are ordered to appear on this new date.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | KD |