O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| One Lambda, Inc., a California corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br>Roche Molecular Systems, Inc., a Delaware corporation,<br><br>　　　　　　Defendant. | CV 11-00754 RSWL (FFMx)<br><br>**ORDER Re: Defendant Roche Molecular System Inc.'s Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings [24]** |

On May 10, 2011, Defendant Roche Molecular Systems, Inc.'s ("Defendant") Motion to Dismiss the Complaint or, in the Alternative, Stay the Proceedings [24] came on for regular calendar before this Court. The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

The Court **DENIES** Defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(3), 12(b)(6), and 12(b)(7) as to Plaintiff One Lambda,

1

Inc.'s single cause of action for Declaratory Judgment of Patent Invalidity. However, the Court **GRANTS** Defendant's Motion to Stay the Proceedings pursuant to 9 U.S.C.A. § 3. The Court finds that Section 3 of the Federal Arbitration Act requires this Court to **STAY** this Action pending the completion of the arbitration proceedings currently in progress in Zürich, Switzerland. See 9 U.S.C.A. § 3.

The Federal Arbitration Act requires courts interpreting an arbitration agreement to resolve ambiguities as to the scope of an arbitration clause in favor of arbitration. See 9 U.S.C.A. § 4; Mastrobuono v. Shearson Lehman Hutton, Inc., 514 U.S. 52, 62 (1995). The Court finds that whether the License Agreement in this Action requires the issuing country to determine patent validity is an issue of contract interpretation falling within the scope of the arbitration provision, and should therefore be decided by the arbitrators in the pending Swiss arbitration. See Deprenyl Animal Health, Inc. v. University of Toronto Innovations Foundation, 297 F.3d 1343, 1358 (Fed. Cir. 2002).

Accordingly, the Court **STAYS** this Action pending the completion of the arbitration proceedings currently in progress in Zürich, Switzerland. Plaintiff One
///
///
///

1 Lambda is ordered to file a status report on or before
2 July 25, 2011 and every sixty days thereafter, until
3 further order of the Court.

5 DATED: May 19, 2011
6 **IT IS SO ORDERED.**

                        RONALD S.W. LEW
                       _____
                       **HONORABLE RONALD S.W. LEW**
                       Senior, U.S. District Court Judge