1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626
   Telephone:  714.513.5100
6  Fax:  714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12

| 13 | ONE LAMBDA, INC., a California corporation, | Case No. CV 11-00754-RWSL-FFM |
|----|---------------------------------------------|-------------------------------|
| 14 | | **PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT** |
| 15 | Plaintiff, | |
| 16 | v. | The Hon. Ronald S.W. Lew |
| 17 | ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation, | |
| 18 | Defendant. | |

19

20      On May 19, 2011, the Court ordered Plaintiff One Lambda, Inc. to file a

21 status report on or before July 25, 2011 and every sixty (60) days thereafter regarding
22
23 the co-pending ICC arbitration between the parties.

24      In accordance with the Court's order, on July 25, 2011, One Lambda
25
26 filed a status report regarding the co-pending ICC arbitration.  (Docket No. 59.)  Since

27 the filing of this status report, the following has occurred in the arbitration

28 proceeding.  On August 26, 2011, the parties, through counsel, appeared at the

-1-

Organizational Conference with the Arbitral Tribunal to finalize the terms of reference and the anticipated schedule for the arbitration, including a schedule for the determination of which tribunal should determine the validity of the patent(s) which is/are the subject of the license agreement in dispute. Pursuant to the parties' agreement, the Arbitral Tribunal agreed to early briefing and a decision on the following issues (1) the appropriate jurisdiction to determine patent validity (i.e., this Court or ICC Arbitral Tribunal) and (2) the relevance of any decision of patent invalidity on the outcome of the arbitration. The parties are each to submit a brief on these issues by October 20, 2011 and response briefs are due by November 10, 2011. The Arbitral Tribunal anticipates having a decision on these issues by December 23, 2011.

If the Arbitral Tribunal decides that it does not have jurisdiction to determine patent validity, One Lambda may seek to terminate the stay of this action so that this Court can decide patent invalidity.

Dated: September 23, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Jennifer A. Trusso_____
JENNIFER A. TRUSSO
Attorneys for Plaintiff, One Lambda, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 23, 2011, I filed the foregoing

<u>PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT</u> with the Court through this

district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic

Filing" automatically generated by CM/ECF at the time the document is filed with the

system constitutes automatic service of the document on counsel of record who have

consented to electronic service.

            */s/ Jennifer A. Trusso*
Jennifer A. Trusso

W02-WEST:3JAT1\403989847.1                    PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT