STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
JENNIFER A. TRUSSO, Cal. Bar No. 198579
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Fax:  714.513.5130

Attorneys for Plaintiff
ONE LAMBDA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT**<br><br>The Hon. Ronald S.W. Lew |

On May 19, 2011, the Court ordered Plaintiff One Lambda, Inc. to file a status report on or before July 25, 2011 and every sixty (60) days thereafter regarding the co-pending ICC arbitration between the parties.

In accordance with the Court's order, on July 25, 2011, One Lambda filed a status report regarding the co-pending ICC arbitration.  (Docket No. 59.)  On September 23, 2011, One Lambda filed another status report regarding the co-pending ICC arbitration.  (Docket No. 60).

Since the filing of the September 23, 2011 status report, the following has occurred in the arbitration proceeding. On November 21, 2011, the parties filed their opening briefs on the following "preliminary" issues: (1) the appropriate jurisdiction to determine patent validity (i.e., this Court or the ICC Arbitral Tribunal), and (2) the potential impact of any decision of patent invalidity on the issues in the arbitration. On December 12, 2011, the parties will file response briefs. The Arbitral Tribunal will likely have a decision on these issues by the end of January 2012.[1]

If the Arbitral Tribunal decides that it does not have jurisdiction to determine patent validity, One Lambda may seek to terminate the stay of this action so that this Court can decide patent invalidity.

Dated:  November 22, 2011

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By        */s/ Jennifer A. Trusso*
                      JENNIFER A. TRUSSO
                    Attorneys for Plaintiff, One Lambda, Inc.

---

[1] In One Lambda's September 23, 2011 Status Report, One Lambda advised that briefing on these issues would be completed by November 2011, and a decision from the Arbitral Tribunal would likely be by December 23, 2011. However, those dates were extended a month.

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I filed the foregoing PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

                                                    */s/ Jeanette D. Francis*
                                                    Jeanette D. Francis