STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
JENNIFER A. TRUSSO, Cal. Bar No. 198579
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Fax:  714.513.5130

Attorneys for Plaintiff
ONE LAMBDA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT**<br><br>The Hon. Ronald S.W. Lew |

On May 19, 2011, the Court ordered Plaintiff One Lambda, Inc. to file a status report on or before July 25, 2011 and every sixty (60) days thereafter regarding the co-pending ICC arbitration between the parties.  One Lambda previously filed status reports on July 25, 2011(Docket No. 59), September 23, 2011 (Docket No. 60), and November 22, 2011 (Docket No. 61).

Since the filing of the November 22, 2011 status report, the parties have completed briefing on the following "preliminary" issues in the arbitration: (1) the

appropriate jurisdiction to determine patent validity (i.e., this Court or the ICC Arbitral Tribunal), and (2) the potential impact of any decision of patent invalidity on the issues in the arbitration.  On January 31, 2012, the Arbitral Tribunal notified the parties that it had made a decision on these preliminary issues and communicated that decision to the ICC Court of International Arbitration ("ICC Court") for approval and dissemination to the parties.  The parties are presently awaiting approval and dissemination of the decision by the ICC Court.

If the Arbitral Tribunal decides that it does not have jurisdiction to determine patent validity, One Lambda may seek to terminate the stay of this action so that this Court can decide patent invalidity.

Dated:  February 27, 2012

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                    By       */s/ Steven M. Hanle*
                             STEVEN M. HANLE
                Attorneys for Plaintiff, One Lambda, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I filed the foregoing PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

                                              */s/ Shirley D. Winick*
                                              Shirley D. Winick