1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626
   Telephone:  714.513.5100
6  Fax:  714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT**<br><br>The Hon. Ronald S.W. Lew |

On May 19, 2011, the Court ordered Plaintiff One Lambda, Inc. to file a status report on or before July 25, 2011 and every sixty (60) days thereafter regarding the co-pending ICC arbitration between the parties.  One Lambda previously filed status reports on July 25, 2011(Docket No. 59), September 23, 2011 (Docket No. 60), November 22, 2011 (Docket No. 61) and February 27, 2012 (Docket No. 63.)

On March 12, 2012, One Lambda received a copy of the ICC arbitral tribunal's Interim Award, where it rules as follows:

1. To the extent relevant to the outcome of this Arbitration the Arbitral Tribunal has jurisdiction to decide upon the validity of U.S. Patent No. 5,110,920.

2. A declaration that U.S. Patent No. 5,110,920 is invalid would have no relevance to the outcome of this Arbitration.

3. All other claims are reserved for one or more future Awards.

One Lambda has not determined whether it will challenge the Interim Award, but expects to make that determination within 30 days. Upon making this determination, One Lambda will confer with Defendant regarding the appropriate procedures for this action and promptly file a further status report and/or the appropriate documentation.

Dated: April 11, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Steven M. Hanle*
STEVEN M. HANLE
Attorneys for Plaintiff, One Lambda, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, I filed the foregoing <u>PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT</u> with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

                                           */s/ Shirley D. Winick*
                                           Shirley D. Winick