Name & Address:
Robert J. Gunther, Jr.
7 World Trade Center
New York, NY 10007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ONE LAMBDA INC., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 11-cv-754 |
| v. | |
| ROCHE MOLECULAR SYSTEMS, INC., | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**

I, Robert J. Gunther, Jr._____ , Pro Hac Vice_____ , robert.gunther@wilmerhale.com_____
       *Name*                                *CA Bar ID Number*                  *E-mail Address*

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

ROCHE MOLECULAR SYSTEMS, INC.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
   ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address  7 World Trade Center, New York, NY 10007
   New Telephone Number _____   New Facsimile Number _____
   New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI S ACTI ON AND ARE A SSOCIATING IN AS COUNSEL OF RECORD A NOTI CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI CE, A SEPARATE APPLI CATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
New E-mail address _____

☐  TO BE REMOVED FROM THE CASE: **

  ☐  I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

  ☐  The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐  There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐  I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: July 16, 2012                Robert J. Gunther, Jr.
                                   *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**