1  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
2  JENNIFER A. TRUSSO, Cal. Bar No. 198579
   jtrusso@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
4    Including Professional Corporations
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626
   Telephone:  714.513.5100
6  Fax:  714.513.5130

7  Attorneys for Plaintiff
   ONE LAMBDA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT**<br><br>The Hon. Ronald S.W. Lew |

       The parties have very recently agreed in principle to stipulate to dismiss this case without prejudice.  Plaintiff One Lambda, Inc. expects to finalize and file a stipulation and proposed order within the next two weeks.

1 | Dated: August 6, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Steven M. Hanle*
        STEVEN M. HANLE
Attorneys for Plaintiff, One Lambda, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, I filed the foregoing <u>PLAINTIFF ONE LAMBDA, INC.'S STATUS REPORT</u> with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

                                          */s/ Shirley D. Winick*
                                          Shirley D. Winick