STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
JENNIFER A. TRUSSO, Cal. Bar No. 198579
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Fax:  714.513.5130

Attorneys for Plaintiff
ONE LAMBDA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>  Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**JOINT STATUS REPORT**<br><br>The Hon. Ronald S.W. Lew |

Plaintiff One Lambda, Inc. previously filed status reports on July 25, 2011 (Docket No. 59), September 23, 2011 (Docket No. 60), November 22, 2011 (Docket No. 61), February 27, 2012 (Docket No. 63), April 11, 2012 (Docket No. 64), and August 6, 2012 (Docket No. 67).  In the August 6, 2012 status report, One Lambda reported that "the parties have very recently agreed in principle to stipulate to dismiss this case without prejudice."  However, in negotiating the stipulation, the parties agreed that the stay imposed by the Court (Docket No. 58) should remain in effect at

least until a decision is rendered in the ICC arbitration pending between the parties.[1]

The hearing in the ICC arbitration is scheduled for January 28 through February 1, 2013.

Accordingly, the parties jointly request the following:

1) The stay ordered by the Court (Docket No. 58) shall remain in effect until further order of the Court;

2) Plaintiff shall file a further status report no later than the earlier of the following: (1) 7 days from the issuance of a written decision on the merits in the pending ICC arbitration or (2) 7 days from settlement of the parties' dispute.

Dated:  September 12, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Steven M. Hanle*
         STEVEN M. HANLE
         Attorneys for Plaintiff, One Lambda, Inc.

---

[1] One Lambda reserves the right to assert invalidity of the patent-in-suit earlier, in this case or another case, in the event a claim is asserted against it for infringement of the patent.

1  Dated:  September 12, 2012

2                                WILMER CUTLER PICKERING HALE & DORR

3

4                  By             */s/ Robert J. Gunther*

5                                  ROBERT J. GUNTHER

                       Attorneys for Defendant, Roche Molecular

6                                       Systems, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I filed the foregoing **JOINT STATUS REPORT** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

                        */s/ Terry Contreras*
                         Terry Contreras