STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
JENNIFER A. TRUSSO, Cal. Bar No. 198579
jtrusso@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Fax:  714.513.5130

Attorneys for Plaintiff
ONE LAMBDA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation,<br><br>            Defendant. | Case No. CV 11-00754-RWSL-FFM<br><br>**[PROPOSED] ORDER REGARDING CONTINUED STAY OF ACTION**<br><br>The Hon. Ronald S.W. Lew |

    The Court, having considered the parties' request in their Joint Status Report (Docket No. 68), HEREBY ORDERS that the stay imposed by the Court's May 19, 2011 Order ("Stay Order", Docket No. 58) should remain in effect until further order from this Court.  Plaintiff shall file a further status report no later than the earlier of the following: (1) seven days from the issuance of a written decision on the merits in

-1-

1  the pending ICC arbitration referenced in the Stay Order, or (2) seven days from
2  settlement of the parties' dispute.
3
4  IT IS SO ORDERED.
5
6  SIGNED this _ day of _____ 2012.
7
8
                                                    _____
9                                                   United States District Judge