| | |
|---|---|
| 1 | James Dowd (SBN: 259578) |
| | james.dowd@wilmerhale.com |
| 2 | Derek Gosma (SBN: 274515) |
| | derek.gosma@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| 4 | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| 5 | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| 6 | |
| 7 | Robert J. Gunther, Jr. (admitted *pro hac vice*) |
| | robert.gunther@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| 9 | 7 World Trade Center, 250 Greenwich Street |
| | New York, New York 10007 |
| 10 | Telephone (212) 230-8830 |
| | Facsimile: (212) 230-8888 |

Attorneys for Defendant, Roche Molecular Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation, | Case No. CV 11-00754-RSWL-FFM |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation | The Hon. Ronald S.W. Lew |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff One Lambda, Inc. ("Plaintiff") and Defendant Roche Molecular Systems, Inc. ("Defendant"):

1. Pursuant to Federal Rule of Civil Procedure 41(a), all claims and counterclaims in this action by all parties are hereby dismissed with prejudice.

2. All rights of appeal are waived.

3. Each of the parties shall bear their own fees and costs, whether taxable or not, and each of the parties waives any claim for attorney fees arising during the action.

Dated: November 26, 2011     Respectfully submitted,

| SHEPPARD MULLIN RICHTER & HAMPTON LLP | WILMER CUTLER PICKERING HALE & DORR LLP |
|---|---|
| By: /s/ Jennifer A. Trusso<br>    Jennifer A. Trusso<br>    Steven M. Hanle<br>    650 Town Center Drive, 4th Floor<br>    Costa Mesa, CA 92626<br>    Telephone: (714) 513-5100<br>    Facsimile: (714) 513-5130 | By:/s/ James Dowd<br>    James Dowd<br>    Derek Gosma<br>    350 South Grand Avenue, Suite 2100<br>    Los Angeles, CA 90071<br>    Telephone: (213) 443-5300<br>    Facsimile: (213) 443-5400 |
| *Attorneys for Plaintiff One Lambda, Inc.* | *Attorneys for Defendant Roche Molecular Systems, Inc.* |