James Dowd (SBN: 259578)
james.dowd@wilmerhale.com
Derek Gosma (SBN: 274515)
derek.gosma@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Robert J. Gunther, Jr. (admitted *pro hac vice*)
robert.gunther@wilmerhale.com
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center, 250 Greenwich Street
New York, New York 10007
Telephone (212) 230-8830
Facsimile: (212) 230-8888

Attorneys for Defendant, Roche Molecular Systems, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation<br><br>　　　　　Defendant. | Case No. CV 11-00754-RSWL-FFM<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>The Hon. Ronald S.W. Lew |

　　　The Court, having reviewed the "Joint Stipulation Of Dismissal With Prejudice" filed on November 26, 2012 by Defendant Roche Molecular Systems, Inc., hereby rules as follows:

[PROPOSED] ORDER REGARDING JOINT
STIPULATION OF DISMISSAL WITH PREJUDICE　　　　　　　　　　　CV 11-00754-RSWL-FFM

IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a), all claims and counterclaims in this action by all parties are hereby dismissed with prejudice.

2. All rights of appeal are waived.

3. Each of the parties shall bear their own fees and costs, whether taxable or not, and each of the parties waives any claim for attorney fees arising during the action.

IT IS SO ORDERED.

Dated: November ___, 2012

_____
Honorable Ronald S.W. Lew
United States District Judge

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

[PROPOSED] ORDER REGARDING JOINT
STIPULATION OF DISMISSAL WITH PREJUDICE                      CV 11-00754-RSWL-FFM