JS-6

1  James Dowd (SBN: 259578)
   james.dowd@wilmerhale.com
2  Derek Gosma (SBN: 274515)
   derek.gosma@wilmerhale.com
3  WILMER CUTLER PICKERING
       HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
5  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
6
7  Robert J. Gunther, Jr. (admitted *pro hac vice*)
   robert.gunther@wilmerhale.com
8  Wilmer Cutler Pickering
       Hale and Dorr LLP
9  7 World Trade Center, 250 Greenwich Street
   New York, New York 10007
10 Telephone (212) 230-8830
   Facsimile: (212) 230-8888

11 Attorneys for Defendant, Roche Molecular Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE LAMBDA, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., a Delaware corporation<br><br>    Defendant. | Case No. CV 11-00754-RSWL-FFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [72]**<br><br>The Hon. Ronald S.W. Lew |

The Court, having reviewed the "Joint Stipulation Of Dismissal With Prejudice" filed on November 26, 2012 by Defendant Roche Molecular Systems, Inc., hereby rules as follows:

///

///

///

ORDER REGARDING JOINT
STIPULATION OF DISMISSAL WITH PREJUDICE                    CV 11-00754-RSWL-FFM

IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a), all claims and counterclaims in this action by all parties are hereby dismissed with prejudice.

2. All rights of appeal are waived.

3. Each of the parties shall bear their own fees and costs, whether taxable or not, and each of the parties waives any claim for attorney fees arising during the action.

IT IS SO ORDERED.

Dated: December 3 2012

RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge